NUMBER 13-11-00072-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE TRIDENT INSURANCE SERVICES, LLC AND

THE TEXAS ASSOCIATION OF PUBLIC EDUCATORS INTERLOCAL
SELF-INSURANCE LEAGUE A/K/A 

TEXAS ASSOCIATION OF PUBLIC EDUCATORS

 

 



On Petition for Writ of Mandamus

And Emergency Motion for Temporary Relief.

 

 



MEMORANDUM OPINION

 

Before Justices Garza, Benavides, and Vela

Per Curiam Memorandum Opinion[1]

 

Relators, Trident Insurance Services, LLC and the Texas Association of Public Educators Interlocal Self Insurance
League a/k/a Texas Association of Public Educators, filed a petition for writ
of mandamus in the foregoing cause on February 11, 2011, and an emergency motion
for temporary relief in this same cause on February 14, 2011.  

The Court, having examined and
fully considered the petition for writ of mandamus and emergency motion for
temporary relief, is of the opinion that relators have not shown themselves entitled
to the relief sought.  Accordingly, the petition for writ of mandamus and
emergency motion for temporary relief are DENIED.  See Tex. R. App. P. 52.8(a).  

 

 

                                                                                                PER
CURIAM

 

 

 

 

Delivered and filed the

15th day of February, 2011.

                                                

 

                                                                                                

 









[1]
See Tex.
R. App. P. 52.8(d) (“When denying relief, the court may hand down an
opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).